# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1227
_____

NOLAN ROBERT KILEY,

    Appellant,

    v.

STATE OF FLORIDA, DEPARTMENT
OF REVENUE, CHILD SUPPORT
PROGRAM and ABBYGAIL KAY
THOMAS,

    Appellees.

_____

On appeal from the Department of Revenue Child Support
Program.
Ann Coffin, Director.

March 20, 2024

PER CURIAM.

    AFFIRMED. *See Standard v. State, Dep't of Rev.*, 249 So. 3d
798, 798–99 (Fla. 1st DCA 2018).

LEWIS, BILBREY, and LONG, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————


Nolan Robert Kiley, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee; Sarah C. Prieto, Assistant Attorney General, Fort Lauderdale, for Appellee Department of Revenue.